FILED

08 FEB 27 PM 4:53

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury  08 CR 0543 BEN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | Title 8, U.S.C., |
| MARIANO GARCIA-BARRERA, ) | Sec. 1324(a)(1)(A)(ii) – Transportation of Illegal Aliens |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about February 14, 2008, within the Southern District of California, defendant MARIANO GARCIA-BARRERA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Constantino Escamilla-Ortiz, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

//
//
//

CPH:fer:Imperial
2/22/08

1                                 <u>Count 2</u>

2     On or about February 14, 2008, within the Southern District of
3 California, defendant MARIANO GARCIA-BARRERA, with the intent to
4 violate the immigration laws of the United States, knowing and in
5 reckless disregard of the fact that an alien, namely, Antonio
6 Valenzuela-Gonzalez, had come to, entered and remained in the United
7 States in violation of law, did transport and move said alien within
8 the United States in furtherance of such violation of law; in
9 violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

10                                <u>Count 3</u>

11     On or about February 14, 2008, within the Southern District of
12 California, defendant MARIANO GARCIA-BARRERA, with the intent to
13 violate the immigration laws of the United States, knowing and in
14 reckless disregard of the fact that an alien, namely, Guillermo Mata-
15 Valles, had come to, entered and remained in the United States in
16 violation of law, did transport and move said alien within the United
17 States in furtherance of such violation of law; in violation of
18 Title 8, United States Code, Section 1324(a)(1)(A)(ii).

19                                <u>Count 4</u>

20     On or about February 14, 2008, within the Southern District of
21 California, defendant MARIANO GARCIA-BARRERA, with the intent to
22 violate the immigration laws of the United States, knowing and in
23 reckless disregard of the fact that an alien, namely, Alcelmo Sanchez-
24 Salazar, had come to, entered and remained in the United States in
25 violation of law, did transport and move said alien within the United
26 States in furtherance of such violation of law; in violation of
27 Title 8, United States Code, Section 1324(a)(1)(A)(ii).
28 //

Count 5

On or about February 14, 2008, within the Southern District of California, defendant MARIANO GARCIA-BARRERA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Silva Sanchez-Juarez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

DATED: February 27, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney