UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Mariano Garcia-Barrera<br><br>Defendant(s) | 08CR543-BEN<br>CRIMINAL NO. 08MG8140<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06002298 |

On order of the United States District/Magistrate Judge, Stormes.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Silvia Sanchez-Juarez

DATED: 3-11-08

RECEIVED _____
         DUSM

NITA L. STORMES

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by *J. Perrault*
      Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082