BRIAN J. WHITE  Bar No. 155198
Attorney at Law
4320 Iowa Street
San Diego, CA 92104
Telephone: (619) 280-8022
Facsimile: (619) 280-8023

Attorney for Defendant,
MARIANO GARCIA-BARRERA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MARIANO GARCIA-BARRERA,<br><br>  Defendant. | Case No. 08 CR 0543<br><br>NOTICE OF MOTIONS AND MOTIONS TO:<br><br>1) COMPEL DISCOVERY; AND<br>2) LEAVE TO FILE FURTHER MOTIONS<br><br>Date:  April 21, 2008<br>Time:  2:00 p.m. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND TO WILLIAM HALL, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on April 21, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Mariano Garcia-Barrera, by and through his counsel, Brian J. White, will ask this Court to enter an order granting the motions listed below.

//

//

//

//

//

## MOTIONS

Defendant, Mariano Garcia-Barrera, by and through his attorney, Brian J. White, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) compel discovery; and

2) grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the attached exhibits, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: March 18, 2008         /s/ Brian J. White
                              BRIAN J. WHITE
                              Attorney for Defendant
                              MARIANO GARCIA-BARRERA