```
 1  THOMAS G. GILMORE, ESQ.
    State Bar No. 91984
 2  LAW OFFICES OF THOMAS G. GILMORE
    3232 FORTH AVENUE
 3  SAN DIEGO, CALIFORNIA 92101-2118
    (619) 426.4444
 4

 5  Attorney for Material Witnesses

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    )  CASE NO. 08CR0543
                                 )           08MJ8140
11            Plaintiff,         )
                                 )
12  vs.                          )  NOTICE OF MOTION; MOTION TO
                                 )  SHORTEN TIME FOR HEARING;
13  Mariano Garcia-Barrera,      )
                                 )  DATE:  May 8, 2008
14            Defendant.         )  TIME:  2:30 p.m.
    _____)  PLACE: Courtroom of Magistrate
15                                         Louisa A. Porter
```

16      I, Thomas G. Gilmore, Esq. declare:

17      I am an attorney duly licensed to practice before all the

18  courts of this District and Circuit and am the attorney of record

19  for the material witnesses in this action, Constantino Escamilla-

20  Ortiz, Antonio Valenzuela-Gonzalez, Guillermo Mata-Valles and

21  Alcelmo Sanchez-Salazar.

22      I hereby move the Court for an Order Shortening Time for the

23  Motion for Video Tape Deposition and Subsequent Release to May 8,

24  2008 at 2:30 p.m.  The witnesses have attempted to locate a surety

25  without success and further delay is an unwarranted hardship on

26  themselves and their families, all as more particularly set forth

27  in the Declaration of attorney Thomas G. Gilmore filed herewith.

28      I declare under the penalty of perjury under the laws of the

1  State of California that the foregoing is true and correct of my own
2  personal knowledge except as to those matters stated to be based
3  upon information and belief and, as to those matters, I am informed
4  and believe that they are true and correct.
5        Executed this April 30, 2008 in San Diego, California.
6                            Respectfully submitted,
7                            /ss/ Thomas G. Gilmore
                             THOMAS G. GILMORE, Attorney for
8                            Material Witness
9

10                              ORDER
11     Good cause appearing therefore, IT IS HEREBY ORDERED that the
12 motion for shortening time is granted.  The motion of material
13 witnesses Constantino Escamilla-Ortiz, Antonio Valenzuela-Gonzalez,
14 Guillermo Mata-Valles and Alcelmo Sanchez-Salazar for video tape
15 deposition and subsequent deportation shall take place on May 8,
16 2008 at 2:30 p.m. in the Courtroom of the Honorable Magistrate
17 Louisa A. Porter.
18 DATED:_____        _____
                                United States Magistrate
19
20
21
22
23
24
25
26
27
28