```
 1  THOMAS G. GILMORE, ESQ.
    State Bar No. 91984
 2  LAW OFFICES OF THOMAS G. GILMORE
    3232 FOURTH AVENUE
 3  SAN DIEGO, CALIFORNIA 92103
    (619) 426-4444
 4

 5  Attorney for Material Witnesses

 6

 7

 8                 UNITED STATES DISTRICT COURT

 9                SOUTHERN DISTRICT OF CALIFORNIA

10                  (Honorable Louisa A. Porter)

11  UNITED STATES OF AMERICA,    )  CASE NO.  08CR0543
                                 )            08MJ8140
12                   Plaintiff,  )
                                 )  CERTIFICATE OF SERVICE
13  vs.                          )
                                 )
14  Mariano Garcia-Barrera,      )
                                 )
15                               )
                                 )
16                   Defendant.  )
    _____)
17

18      I, hereby certify that on today's date, I electronically filed

19  the attached documents with the Clerk of the Court using the CM/ECF

20  system, which will automatically send electronic notification of

21  such filing and a copy of such filings to the following:

22      Brian J. White, Esq. - brianjwhite@sbcglobal.net

23      Efile.dkt.gc2@@usdoj.gov

24  Date:  April 30, 2008

25  By:  /ss/Thomas G. Gilmore
         THOMAS G. GILMORE, Attorney for
26       Material Witnesses

27

28

                              1
```