1  THOMAS G. GILMORE, ESQ.
   State Bar No. 91984
2  LAW OFFICES OF THOMAS G. GILMORE
   3232 FOURTH AVENUE
3  SAN DIEGO, CALIFORNIA 92103
   (619) 426-4444
4

5  Attorney for Material Witnesses

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                    (Honorable Louisa A. Porter)

11 UNITED STATES OF AMERICA,    )  CASE NO. 08MJ1115 BLM
                                )
12                              )
                     Plaintiff, )  NOTICE OF MOTION; MOTION FOR
13                              )  VIDEOTAPE DEPOSITION AND
   vs.                          )  SUBSEQUENT VOLUNTARY DEPORTATION
14                              )  OF MATERIAL WITNESS; MEMORANDUM
   Mariano Garcia-Barrera,      )  OF POINTS AND AUTHORITIES AND
15                              )  DECLARATION OF THOMAS G. GILMORE
                                )  IN SUPPORT THEREOF
16                              )
                                )  DATE: May 8, 2008
17                   Defendant. )  TIME: 2:30 p.m.
   _____)  PLACE: Courtroom of Magistrate
18                                        Louisa A. Porter

19      TO: UNITED STATES ATTORNEY; DEFENDANTS AND THEIR ATTORNEYS OF

20 RECORD:

21      PLEASE TAKE NOTICE that on May 8, 2008 at 2:30 p.m. or as soon

22 thereafter as the matter may be heard, material witnesses

23 Constantino Escamilla-Ortiz, Antonio Valenzuela-Gonzalez, Guillermo

24 Mata-Valles and Alcelmo Sanchez-Salazar will move the Court for an

25 Order that they be subjected to a videotape deposition prior to

26 trial and subsequent voluntary deportation.

27      This motion will be based on 18 U.S.C. 3144 in that the

28 witnesses testimony can be adequately secured by deposition and

                                 1

further detention is not necessary to prevent a failure of justice.

  This motion is further based on this notice of motion, the memorandum of points and authorities and declaration of Thomas G. Gilmore filed herewith, and as such other and further evidence as may be presented at the hearing of the motion.

               Respectfully submitted,

DATED: 4/30/08      /ss/Thomas G. Gilmore
              THOMAS G. GILMORE, Attorney for
              Material Witnesses