```
 1  THOMAS G. GILMORE, ESQ.
    State Bar No. 91984
 2  LAW OFFICES OF THOMAS G. GILMORE
    3232 FOURTH AVENUE
 3  SAN DIEGO, CALIFORNIA 92103
    (619) 426-4444
 4

 5  Attorney for Material Witnesses
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Louisa A. Porter)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  08CR0543 |
| ) | 08MJ8140 |
| Plaintiff, ) | |
| ) | DECLARATION OF THOMAS G. GILMORE |
| vs. ) | IN SUPPORT OF MOTION FOR |
| ) | VIDEOTAPE DEPOSITION AND |
| Mariano Garcia-Barrera, ) | SUBSEQUENT VOLUNTARY DEPORTATION |
| ) | OF MATERIAL WITNESSES |
| ) | |
| ) | DATE: May 8, 2008 |
| Defendant. ) | TIME: 2:30 p.m. |
| _____) | PLACE: Courtroom of Magistrate Louisa A. Porter |

I, Thomas G. Gilmore declare:

I am an attorney duly licensed to practice before all the courts of this State, District and Circuit, and am the attorney of record for the material witnesses in the above action, Constantino Escamilla-Ortiz, Antonio Valenzuela-Gonzalez, Guillermo Mata-Valles and Alcelmo Sanchez-Salazar.

I have personal knowledge of the facts set forth in this action and could testify competently thereto if called.

My clients in this action have been in federal custody since February 14, 2008 because they cannot locate anyone to post bond for them.

1

1    My clients entered the United States to find work to support
2 family members at home in their country of origin.  Each day they
3 remain in custody is an additional hardship on themselves and their
4 families.
5    Based on the above it respectfully requested that this motion
6 be granted, that said depositions take place at the earliest
7 possible time, and that my clients be allowed to voluntarily return
8 home to their country of origin immediately thereafter.
9    I declare under the penalty of perjury under the laws of the
10 State of California that the foregoing is true and correct of my own
11 personal knowledge except as to those matters stated to be based
12 upon information and belief and, as to those matters, I am informed
13 and believe that they are true and correct.
14    Executed this 30th day of April, 2008, in San Diego,
15 California.

16                                   /ss/ Thomas G. Gilmore
                                     THOMAS G. GILMORE, Attorney for
17                                   Material Witnesses