```
 1  THOMAS G. GILMORE, ESQ.
    State Bar No. 91984
 2  LAW OFFICES OF THOMAS G. GILMORE
    3232 FOURTH AVENUE
 3  SAN DIEGO, CALIFORNIA 92103
    (619) 426-4444
 4

 5  Attorney for Material Witnesses
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Louisa A. Porter)

| UNITED STATES OF AMERICA, | ) | CASE NO.  08CR0543 |
|---|---|---|
|  | ) | 08MJ8140 |
| Plaintiff, | ) |  |
|  | ) | CERTIFICATE OF SERVICE |
| vs. | ) |  |
|  | ) |  |
| Mariano Garcia-Barrera, | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant. | ) |  |

I, hereby certify that on today's date, I electronically filed the attached documents with the Clerk of the Court using the CM/ECF system, which will automatically send electronic notification of such filing and a copy of such filings to the following:

Brian J. White, Esq. - brianjwhite@sbcglobal.net

Efile.dkt.gc2@@usdoj.gov

Date:  April 30, 2008

By:  /ss/Thomas G. Gilmore
     THOMAS G. GILMORE, Attorney for
     Material Witnesses

1