THOMAS G. GILMORE, ESQ.
State Bar No. 91984
LAW OFFICES OF THOMAS G. GILMORE
3232 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92103
(619) 426-4444

Attorney for Material Witnesses

**FILED**
MAY 2 3 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Mariano GARCIA-Barrera,  )<br>  )<br>           Defendants.  )<br>_____) | CASE NO. 08CR0543 BEN<br>                08MJ1115 BLM<br><br>ORDER RELEASING<br>MATERIAL WITNESSES |

   On application of Thomas G. Gilmore, attorney for the material witnesses, with agreement of all parties and their respective attorneys of record;

   IT IS HEREBY ORDERED that the following named persons heretofore committed to the custody of the United States Marshal as material witness be released from custody (Case Disposed):

   1.  Constantino ESCAMILLA-Ortiz;

   2.  Antonio VELENZUELA-Gonzalez;

   3.  Guillermo MATA-Valles; and

/////

/////

1

```
 1        4.   Ancelmo SANCHEZ-Salazar.
 2   DATED:  5/23/08                    _____
                                        UNITED STATES DISTRICT COURT
 3                                      Magistrate Judge

 4   Approved as to form:

 5   United States Attorney

 6
     by: _____
 7       Assistant U.S. Attorney

 8
     _____                Garcia mariano
 9   Brian J. White, Esq.                   _____
     Attorney for Defendant                 Mariano GARCIA-Barrera
10   Mariano GARCIA-Barrera                 Defendant
```