UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Garcia-Barrera ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08 CR 0543 BEN <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

ANTHONY J. BATTAGLIA

On order of the United States District/(Magistrate Judge)

IT IS HEREBY ORDERED that the following-named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Antonio Velenzuela-Gonzalez

DATED: 5-23-08

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/ MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by
_____Deputy Clerk