UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. __08 CR 0543 BEN__ |
| | ) | |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| Garcia - Barrera | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge **ANTHONY J. BATTAGLIA**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Guillermo Mata-Valles

DATED: 5-23-08

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082