**ORIGINAL**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR0543-BEN |
|---|---|
| Plaintiff, | ) |
| | ) **SUPERSEDING** |
| v. | ) **INFORMATION** |
| | ) |
| MARIANO GARCIA-BARRERA, | ) Title 8, United States Code, |
| | ) Section 1324(a)(2)(B)(ii), and |
| Defendant. | ) Title 18, United States Code, |
| | ) Section 2 - Bringing In |
| | ) Alien(s) for Financial Gain |
| | ) and Aiding and Abetting |

The United States Attorney charges:

On or about February 14, 2008, within the Southern District of California, defendant MARIANO GARCIA-BARRERA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Constantino Escamilla-Ortiz, had not received official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

DATED: May 23, 2008.

KAREN P. HEWITT
United States Attorney

*[signature]*

WILLIAM A. HALL, JR.
Assistant U.S. Attorney