O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

Garcia-Barrera

WAIVER OF INDICTMENT

CASE NUMBER: 08 CR 0543 BEN

**FILED**
MAY 2 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, __MARIANO GARCIA-BARRERA__, the above named defendant, who is accused of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2 - Bringing In Alien(s) for Financial Gain and Aiding and Abetting

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____5/23/2008_____ prosecution by indictment and consent that the pro-
                                   Date
ceeding may be by information rather than by indictment.

_Garcia mariano_
Defendant

_____
Counsel for Defendant

Before _____
            Judicial Officer